UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

United States of America,

                              Plaintiff,

-against-

                                                      Case No. 7:02-mj-386

Natasha Baker

                              Defendant.

---------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                               SO ORDERED.

                                                              Hon. Martin R. Goldberg
                                                             United States Magistrate Judge

Dated: 26th day of August, 2022
         Poughkeepsie, New York